**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiffs
JONATHAN & RONI WELCH, individually and as
Guardians Ad Litem for their minor
children A.W. and J.W.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | | |
|---|---|---|
| JONATHAN WELCH, et al | ) | Case Number:  2:07-CV-00794-GEB-EFB |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] |
| | ) | ORDER APPOINTING |
| vs. | ) | GUARDIAN AD LITEM FOR |
| | ) | A.W AND J.W. |
| | ) | |
| | ) | |
| COUNTY OF SACRAMENTO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Based on a review of the plaintiffs' Motion for Appointment of Guardian Ad Litem to Represent Minor Plaintiffs A.W. and J.W., and the declarations submitted in support thereof, inclusive of the declaration of Reni Ferguson evidencing her consent to act in the capacity of Guardian Ad Litem for A.W and J.W., the court hereby finds and orders as follows:

//

//

//

ORDER APPOINTING GAL                     1
U.S. District Court – Eastern District of California
Case No. 2:07-CV-00794-GEB-EFB

1. Ms. Reni Ferguson, maternal aunt of A.W. and J.W., is hereby appointed to act in the capacity of Guardian Ad Litem for A.W. and J.W. in the above-captioned litigation.

IT IS SO ORDERED.

Dated: August 21, 2007

GARLAND E. BURRELL, JR.
United States District Judge