1  Carol A. Wieckowski, Esq. (SBN 95586)
   Cathleen J. Fralick, Esq. (SBN 146378)
2  Evans, Wieckowski & Ward, LLP
   745 University Avenue
3  Sacramento, CA 95825
   Telephone: 916/923-1600
4  Facsimile: 916/923-1616
   Attorneys for Defendants
5  COUNTY OF SACRAMENTO, MISTY SAMPSON, JACQUALINE BECK,
   MELINDA PAIGE, PAT SENNA (erroneously sued as KIMBERLY PAT SENNA), FRED
6  DEMARTIN,  STACY LONTEEN, DEPUTY ARTHUR WARD sued herein as OFFICER
   WARD, DEPUTY HOLLY CRAIG sued herein as OFFICER CRAIG, DEPUTY KEITH
7  KOONTZ herein sued as OFFICER KOONTZ, and KAELLEN LAMONTE
   **PUBLIC ENTITY - FILING FEE WAIVED**
8
                           UNITED STATES DISTRICT COURT
9
                           EASTERN DISTRICT OF CALIFORNIA
10

11  JONATHAN WELCH and RONI WELCH,        **Case No. 2:07-CV-00794-GEB-EFB**
    Individually and as Guardians Ad Litem
    for their minor children A.W. and J.W.    **Stipulation and Order to Extend**
12                                             **Expert Disclosure Dates**
                   Plaintiffs,
13                                             **Demand for Jury Trial**
            vs.
14
    COUNTY OF SACRAMENTO, MISTY
15  SAMPSON, JACQUALINE BECK,
    MELINDA PAIGE, KIMBERLY PAT
16  SENNA, FRED DEMARTIN, STACY
    LONTEEN, OFFICER WARD, OFFICER
17  CRAIG, OFFICER KOONTZ, CHRISTINA
    WELCH, and Does 1-50, Inclusive,
18
                   Defendants.                /
19
           It is hereby stipulated and agreed by all parties, Defendants COUNTY OF SACRAMENTO,
20
    MISTY SAMPSON, JACQUALINE BECK, MELINDA PAIGE, PAT SENNA (erroneously sued as
21
    KIMBERLY PAT SENNA), FRED DEMARTIN, STACY LONTEEN, DEPUTY ARTHUR WARD
22
    sued herein as OFFICER WARD, DEPUTY HOLLY CRAIG sued herein as OFFICER CRAIG,
23
    DEPUTY KEITH KOONTZ herein sued as OFFICER KOONTZ, and KAELLEN LAMONTE, and
24
    Plaintiffs JONATHAN WELCH and RONI WELCH, Individually and as Guardians Ad Litem
25
    for their minor children A.W. and J.W. that the Expert Disclosure date set for November 16, 2007 and
26
    the Expert Rebuttal Disclosure date set for December 17, 2007 be continued to February 1, 2008 and
27
    March 1, 2008 respectively.
28
    ///

1    Dated: August 23, 2007                    EVANS, WIECKOWSKI, & WARD, LLP

2

3                                              By: /s/ Carol A.Wieckowski
                                                  Carol A. Wieckowski
4                                                 Attorney for Defendants
                                                  COUNTY OF SACRAMENTO, MISTY
5                                                 SAMPSON, JACQUALINE BECK,
                                                  MELINDA PAIGE, PAT SENNA
6                                                 (erroneously sued as KIMBERLY PAT
                                                  SENNA), FRED DEMARTIN, STACY
7                                                 LONTEEN, DEPUTY ARTHUR WARD
                                                  sued herein as OFFICER WARD, DEPUTY
8                                                 HOLLY CRAIG sued herein as OFFICER
                                                  CRAIG, DEPUTY KEITH KOONTZ herein
9                                                 sued as OFFICER KOONTZ, and KAELLEN
                                                  LAMONTE
10   Dated: August 23, 2007                    LAW OFFICES OF ROBERT R. POWELL

11

12

13                                             By: /s/ Dennis R. Ingols
                                                  Dennis R. Ingols
14                                                Attorney for Plaintiffs
                                                  JONATHAN WELCH and RONI WELCH,
15                                                Individually and as Guardians Ad Litem for
                                                  their minor children A.W. and J.W.
16

17                                   **ORDER**

18        IT IS HEREBY ORDERED that the Expert Disclosure date set for November 16, 2007 and

19   the Expert Rebuttal Disclosure date set for December 17, 2007 be continued to February 1, 2008

20   and March 1, 2008 respectively.

21   Dated: August 30, 2007

22

23   _____
     GARLAND E. BURRELL, JR.
24   United States District Judge

25

26

27

28