IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WELCH and RONI WELCH, individually and as guardians ad litem for their minor children, A.W. and J.W.,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF SACRAMENTO; MISTY SAMPSON; JACQUALINE BECK; MELINDA PAIGE; PAT SENNA; FRED DEMARTIN; STACY LONTEEN; OFFICER ARTHUR WARD; OFFICER HOLLY CRAIG; OFFICER KEITH KOONTZ; CHRISTINA WELCH; and KAELEEN LAMONTE,<br><br>            Defendants. | 2:07-cv-00794-GEB-EFB<br><br><u>ORDER ADOPTING PART OF STIPULATION AND SUPPLEMENTING SCHEDULING ORDER</u> |

On February 27, 2008, the parties filed a Stipulation and Order which is approved and adopted except for paragraph 4 on page 2, which is rejected. The parties propose in paragraph 4 what is tantamount to an indefinite stay of this action, "until such time as counsel for the parties file a written request for a further CMC," (it is assumed "CMC" means "case management conference").

Granting such a request would be inconsistent with case management responsibilities under Rule 16 of the Federal Rules of Civil Procedure. Therefore, the Status (Pretrial Scheduling) Order

1

filed on August 7, 2007, and supplemented on August 30, 2007, is amended as follows to provide the parties more time to determine if this action could be settled as they indicate in their Stipulation:

    (1)   Initial Expert Witness Disclosure - March 18, 2008;

    (2)   Rebuttal Expert Disclosure - April 15, 2008;

    (3)   Discovery completion date - June 11, 2008;

    (4)   Last Hearing Date for Motions - August 11, 2008;

    (5)   Final Pretrial Conference - October 6, 2008 at 11:00 a.m.; <u>Joint</u> pretrial statement is due 7 days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated: February 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2