**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiffs
JONATHAN & RONI WELCH, individually and as
Guardians Ad Litem for their minor
children A.W. and J.W.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | | |
|---|---|---|
| JONATHAN WELCH, et al | ) | Case Number:  2:07-CV-00794-GEB-EFB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER ON PETITION FOR APPROVAL |
| vs. | ) | OF MINOR COMPROMISE |
| | ) | |
| | ) | Hearing Date: 4/21/08    Time: 9:00 a.m. |
| COUNTY OF SACRAMENTO, et al. | ) | Judge Garland E. Burrell  Dept. 10 |
| | ) | |
| Defendants. | ) | |

Plaintiffs' Petition for Approval of Minors' Compromise of Claims came on for hearing at the above-noted date and time.  Plaintiff's counsel appeared with the adult plaintiffs, Jonathan and Roni Welch, and the plaintiff minor children, S.W., A.W., and J.W. Defendants filed a Statement of Non-Opposition, and did not appear.

Based on the pleadings submitted in support of the Petition, the Non-Opposition filed in response thereto, and the arguments and representations of counsel at time of hearing,

//

Order of the Court                                                     1
Welch et. al. v. County of Sacramento
U.S. District Court – Eastern District of California
Case No. 2:07-CV-00794-GEB-EFB

the court makes the following findings and orders,

GOOD CAUSE APPEARING,

1.   The court approves the division of the settlement proceeds as between the adult plaintiffs and the minor children ($200,000 and $100,000 respectively), however, will only approve the attorneys' fees request as to the attorneys's fees from the minor children's proceeds to the level of 25% on the current record.  This order is without prejudice to plaintiffs' counsel seeking a larger percentage by way of a subsequent petition with supporting evidence / justification for a larger percentage to be applied.

2.   The defendants and/or defendant County of Sacramento, is authorized and shall disburse the settlement proceeds as agreed between the parties, however, counsel for plaintiffs shall retain one-half (50%) of the fees he had requested at a fifty-percent percentage level (which would have been $50,000, and is now therefore $25,000), in his attorney trust account until further order of the court on a further Petition for Approval of Minors' Compromise of Claims.

IT IS SO ORDERED.

Date: April 21, 2008

GARLAND E. BURRELL, JR.
United States District Judge

Order of the Court                                  2
Welch et. al. v. County of Sacramento
U.S. District Court – Eastern District of California
Case No. 2:07-CV-00794-GEB-EFB